IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---------------------------------------------------------------x
WISCONSIN ALUMNI RESEARCH :
FOUNDATION, :
a Wisconsin corporation, :
　　　　　　　　　　　　　　　　　　　　　　　　 : Civ. Action No. 11-CV-785
　　　　　　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　　　　　　　　 : **ORDER TO APPOINT**
　　　　v. 　　　　　　　　　　　　　　　　　　: **SPECIAL PROCESS SERVICE**
　　　　　　　　　　　　　　　　　　　　　　　　 :
SIEMENS AG :
a German corporation, :
- and - :
SIEMENS MEDICAL SOLUTIONS USA, Inc., :
a Delaware corporation, :
　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　Defendants. :
---------------------------------------------------------------x

IT IS HEREBY ORDERED,

that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, Siemens AG in Germany. Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

Dated: 11-30-11　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JUDGE

82637938.1