**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

Thomas C. Mahlum
TCMahlum@rkmc.com
612-349-0878

May 15, 2013

The Honorable Barbara B. Crabb         *Via E-Filing*
United States District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703-2559

       Re:    *WARF v. Siemens AG and Siemens Medical Solutions USA, Inc.*
               Case No. 3:11-CV-785

Dear Judge Crabb:

     I am writing on behalf of the parties to inform the Court that the parties have reached an agreement in principle to resolve this matter. The parties are in the process of formalizing their agreement, which they hope to do in the coming weeks. We will promptly inform the Court once that agreement has been finalized.

                                                   Sincerely,

                                                   /s/Thomas C. Mahlum

cc:     Counsel of record