IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

                                                                      ORDER

                 Plaintiff,

                                                   11-cv-785-bbc

     v.

SIEMENS, AG., and SIEMENS
MEDICAL SOLUTIONS, U.S.A.,
INC.,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have filed a notice of settlement (dkt. #168). They may have 30 days in which to complete the settlement. If settlement has not been accomplished by that time, they are to report on the status of the matter at a telephone conference on June 19, 2013, at 8:30 a.m. Plaintiff's counsel is to initiate the conference call to chambers at (608) 264-5447. If, before June 19, 2013, the parties have advised the court that it may enter its standard order of dismissal or have filed a statement confirming settlement, the status conference will be canceled.

      Entered this 16th day of May, 2013.

                                        BY THE COURT:

                                        /s/
                                        BARBARA B. CRABB
                                        District Judge