IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

                                                                   ORDER

                    Plaintiff,

                                                   11-cv-785-bbc

      v.

SIEMENS, AG., and SIEMENS
MEDICAL SOLUTIONS, U.S.A.,
INC.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone status conference was held on June 19, 2013, to discuss the progress of settlement efforts in this case. All parties appeared by counsel. At the hearing, counsel confirmed that they are continuing to obtain signatures on the settlement agreement and arrange for issuance of the settlement check. Counsel anticipate having this accomplished by July 10, 2013. If settlement papers are not filed with the court by July 10, 2013, another telephone status conference will be scheduled.

      Entered this 19th day of June, 2013.

                                                    BY THE COURT:
                                                    /s/
                                                   BARBARA B. CRABB
                                                   District Judge