IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI RESEARCH
FOUNDATION,
a Wisconsin corporation,

    Plaintiff,

v.

SIEMENS AG
a German corporation,
- and -
SIEMENS MEDICAL SOLUTIONS USA,
INC., a Delaware corporation,

    Defendants.

Civ. Action No. 11-cv-00785-BBC

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Wisconsin Alumni Research Foundation and Defendants Siemens AG and Siemens Medical Solutions USA, Inc.'s Stipulation of Dismissal With Prejudice. Having considered the Stipulation of Dismissal and finding good cause, the Stipulation of Dismissal is GRANTED.

It is, therefore, ORDERED:

1) All claims and counterclaims asserted in the above-captioned matter are dismissed with prejudice; and

2) The parties shall each bear its own costs and attorneys' fees.

Dated: July 15, 2013

                                                                       The Honorable Barbara B. Crabb
                                                                       U.S. District Judge